UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YUKSEL CELIKGOGUS,

    Plaintiff,

v.

DONALD RUMSFELD;
GEN. RICHARD MYERS;
MAJ. GEN. GEOFFREY MILLER;
GEN. JAMES T. HILL;
MAJ. GEN. MICHAEL E. DUNLAVEY;
BRIG. GEN. JAY HOOD;
BRIG. GEN. MICHAEL LEHNERT;
COL. NELSON J. CANNON;
COL. TERRY CARRICO;
LT. COLONEL WILLIAM CLINE;
DOES 1-100

    Defendants.

Civ. No. 05-cv-02480

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by and through counsel, hereby provides notice to the court of his voluntary dismissal of this action, without prejudice, according to Federal Rule of Civil Procedure 41(a)(1).

Dated: November 21, 2006

Respectfully submitted,

Barbara Olshansky (NY0057)
William Goodman
Michael Ratner
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Ph: (212) 614-6439
Fax: (212) 614-6499
*Attorneys for Plaintiffs*

1